IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02343-WYD-KMT

GEORGE DALLUM and
SUSAN DALLAM; and
GAIL BRACY, as Assignees of Clayton G. Mekelburg; and
HOME IMPRESSIONS, INC., a Colorado corporation,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (filed July 27, 2009).  After a careful review of the motion, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice is **GRANTED**. All claims brought or which could have been brought in this action are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a), each party to bear his, her, or its own attorneys' fees and costs.

Dated:  July 27, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge